```
                                    F I L E D
                               CLERK, U.S. DISTRICT COURT
                                     2/06/2025
                               CENTRAL DISTRICT OF CALIFORNIA
                               BY:      ASI      DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 5:25-cr-00031-KKK |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [26 U.S.C. § 7206(1): Subscribing to False Tax Return] |
| MAC MARTIN ANDERSON, aka "Max Anderson," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

On or about October 20, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant MAC MARTIN ANDERSON, also known as "Max Anderson," willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for calendar year 2017 (the "2017 Tax Return"), which defendant ANDERSON verified by a written

declaration that it was made under the penalty of perjury and filed and caused to be filed with the Internal Revenue Service, and which defendant ANDERSON did not believe to be true and correct as to every material matter in that, among other things, defendant ANDERSON reported, on line 22, that defendant ANDERSON had total income in the amount of $122,500, when, as defendant ANDERSON then well knew and believed, his total income for that year was substantially higher than the amount he reported.

## COUNT TWO

[26 U.S.C. § 7206(1)]

On or about October 20, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant MAC MARTIN ANDERSON, also known as aka "Max Anderson," willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for calendar year 2018 (the "2018 Tax Return"), which defendant ANDERSON verified by a written declaration that it was made under the penalty of perjury and filed and caused to be filed with the Internal Revenue Service, and which defendant ANDERSON did not believe to be true and correct as to every material matter in that, among other things, defendant ANDERSON reported, on line 6, that defendant ANDERSON had total income in the amount of $4,302, when, as defendant ANDERSON then well knew and believed, his

//
//
//
//
//
//
//
//
//
//
//
//

total income for that year was substantially higher than the amount he reported.

JOSEPH T. MCNALLY
Acting United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

MARK AVEIS
Assistant United States Attorney
Major Frauds Section

SARAH E. SPIELBERGER
Assistant United States Attorney
Asset Forfeiture and Recovery Section